1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | CASE NO. 2:21-cv-03657-AB-JEM |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| A&B AZUSA, INC. dba SEAFOOD CITY SUPERMARKET, | |
| Defendant. | |

THE COURT has been advised that this action has been settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 24, 2021

_____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE